Case 08-70889 Doc 35 Filed 11/26/08 Entered 11/26/08 11:13:32 Desc Main
Document Page 1 of 2

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RANDAL S. NORTH  
104 HASTINGS WAY  
POPLAR GROVE, IL 61065

SSN-xxx-xx-4818

Case Number: 08-70889

Case filed on: 3/27/2008  
Plan Confirmed on:

U Dismissed Unconfirmed

Total funds received and disbursed pursuant to the plan: $950.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LEGAL HELPERS, PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 7,838.09 | 7,838.09 | 0.00 | 0.00 |
|  | Total Priority | 7,838.09 | 7,838.09 | 0.00 | 0.00 |
| 999 | RANDAL S. NORTH | 0.00 | 0.00 | 950.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 950.00 | 0.00 |
| 001 | LITTON LOAN SERVICING LP | 17,128.29 | 17,128.29 | 0.00 | 0.00 |
|  | Total Secured | 17,128.29 | 17,128.29 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 120.31 | 12.03 | 0.00 | 0.00 |
| 003 | ACCT RCV SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ACCOUNT RECOVERY SERVICES | 53.20 | 5.32 | 0.00 | 0.00 |
| 005 | ALLIED INTERSTATE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICREDIT | 8,963.84 | 896.38 | 0.00 | 0.00 |
| 007 | BAY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 1,984.75 | 198.47 | 0.00 | 0.00 |
| 009 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS PROTECTION SERVICE, INC | 4,459.58 | 445.96 | 0.00 | 0.00 |
| 011 | CREDITORS PR | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS PR | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDITORS PR | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS PR | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CYBRCOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FLEET CC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MUTUAL MANAGEMENT SERVICES | 8,283.06 | 828.31 | 0.00 | 0.00 |
| 020 | NCO FIN / NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY INC | 13,740.10 | 1,374.01 | 0.00 | 0.00 |
| 022 | ROCKFORD MER | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD MER | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD MER | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ROCKFORD ORTHOPEDIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | RJM ACQUISITIONS FUNDING LLC | 125.41 | 12.54 | 0.00 | 0.00 |
| 040 | CHECK IT | 359.61 | 35.96 | 0.00 | 0.00 |
|  | Total Unsecured | 38,089.86 | 3,808.98 | 0.00 | 0.00 |
|  | Grand Total: | 63,056.24 | 28,775.36 | 950.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $950.00 |
| Trustee Allowance: | $0.00 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  <u>11/24/2008</u>                    By  <u>/s/Heather M. Fagan</u>